# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00173-CV

**Appellant, World Access Telecommunications Group, Inc.//Cross-Appellants, Statewide Calling, Inc. d/b/a Community Services; Statewide LJR; Statewide Bulverde; Statewide McAllen; and Mike Fine**

**v.**

**Appellees, Statewide Calling, Inc. d/b/a Community Services; Statewide LJR; Statewide Bulverde; Statewide McAllen; and Mike Fine//Cross-Appellee, World Access Telecommunications Group, Inc.**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2002-729-C, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## CONCURRING OPINION

I concur and join in the judgment only.

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed   October 17, 2006